DISMISS; Opinion issued January 8, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01299-CV

KLEINFELDER CENTRAL, INC. D/B/A KLEINFELDER, Appellant

V.

MITCHELL ENTERPRISES, LTD., Appellee

On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-00785-2009

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers

The Court has before it appellant's motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a).

We **GRANT** the motion and **DISMISS** the appeal.


PER CURIAM

121299F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

# JUDGMENT

KLEINFELDER CENTRAL, INC. D/B/A
KLEINFELDER, Appellant

No. 05-12-01299-CV          V.

MITCHELL ENTERPRISES, LTD.,
Appellee

Appeal from the 429th Judicial District
Court of Collin County, Texas. (Tr.Ct.No.
429-00785-2009).
Opinion delivered per curiam before Chief
Justice Wright and Justices Francis and
Lang-Miers.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. The parties are **ORDERED** to bear their own costs of this appeal.

Judgment entered January 8, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE